```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Aaron Lewis Gaudinier
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-00057 LJO-SKO |
| ) | |
| Plaintiff, ) | ***AMENDED*** STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE AND ORDER |
| v. ) | THEREON |
| ) | |
| AARON LEWIS GAUDINIER, ) | Date: August 20, 2012 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | Judge: Hon. Sheila K. Oberto |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to August 20, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 16, 2012. The requested new date is August 20, 2012.**

The defense is making arrangements to view the forensic evidence in the case and conduct additional witness interviews. Additional time is requested to complete these tasks prior to the next status conference. The government does not object to this defense request for a continuance.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 12, 2012                    By */s/ Brian W. Enos*
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 12, 2012                    By */s/ Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Aaron Lewis Gaudinier


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**Any future request to continue the status conference must be supported by a showing of good cause, which in turn, requires due diligence.**

IT IS SO ORDERED.

Dated:   **July 12, 2012**                         **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE