1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00057 LJO-SKO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: September 17, 2012 |
| AARON LEWIS GAUDINIER, | Time: 1:00 p.m. |
| *Defendant.* | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to September 17, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is August 20, 2012. The requested new date is September 17, 2012 at 1:00 p.m.**

The defense is requesting this continuance to allow time to discuss the case with a forensic expert and to determine whether it would be beneficial to retain such an expert. The government does not object to this defense request for a continuance.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 16, 2012                By */s/ David L. Gappa*
                                                      DAVID L. GAPPA
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: August 16, 2012                By */s/ Eric V. Kersten*
                                                      ERIC V. KERSTEN
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     Aaron Lewis Gaudinier

## ORDER

The parties' request for a continuance of the status conference is DENIED. The current Stipulation does not set forth a description of what actions have been undertaken to move the case forward.

The parties are cautioned that any future request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence. This includes a description of what actions have been undertaken, in addition to a description of the further actions that are needed, to move the case forward.

IT IS SO ORDERED.

Dated:  **August 16, 2012**                **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE