BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-12-00057 LJO |
| | ) | |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DIGITAL MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| AARON LEWIS GAUDINIER, | ) | Honorable Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. An agent with United States Immigration and Customs Enforcement, Homeland Security Investigations, or other law enforcement officer shall make a duplicate copy of the hard drive(s) and any other storage media available for defense analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Eric Kersten, and/or defendant's proposed expert(s) at Global CompuSearch, to review at a law enforcement office for the purpose of preparing for the defense of the above-entitled action. The contraband images on the hard drive and storage media shall not be viewed by any other

person(s) unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A room, on the premises of a law enforcement office, will be provided for the defense examination. No government agent shall access or review the defense copy of the hard drive while it is within the custody of the law enforcement office.

4. The expert will be permitted to bring whatever equipment, books, or records the expert believes may be necessary to conduct the examination;

5. Neither the defense expert nor defense counsel shall remove the hard drive(s) or other storage media from the confines of the law enforcement office where it will be made available.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. Defense counsel and any designated expert will certify in writing (using the attached certification), that no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) have been removed from the law enforcement office. The certification will also confirm that the defense has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

7. Except when defense counsel or any designated defense expert fails to provide this certification, no government agent, or any person connected with the government, will examine or acquire

in any fashion any of the items used by the expert in order to conduct the defense analysis. Should defense counsel or a defense expert fail to certify that counsel or the expert has not copied or removed child pornography, or data capable of being converted into child pornography, government agents may then inspect or examine the materials, including the drive(s) and/or other storage media provided for the defense review, in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drive(s), the drive(s) or other storage devices shall be "forensically wiped" unless the defense requests that they be preserved for future review or use.

9. Any disputes regarding the above provisions or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: _April 25, 2013_____     /s/ Lawrence J. O'Neill
                                  HON. LAWRENCE J. O'NEILL
                                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-12-00057 LJO |
| Plaintiff, | ) ) | CERTIFICATION REGARDING DIGITAL MEDIA CONTAINING CHILD |
| v. | ) ) | PORNOGRAPHY |
| AARON LEWIS GAUDINIER, | ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____    _____