HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>AARON LEWIS GAUDINIER,<br><br>    *Defendant.* | No. 1:12-cr-00057 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, WITH NO CHANGE IN TRIAL DATE, AND ORDER THEREON<br><br>Date: September 30, 2013<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, DAVID L GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to September 30, 2013, before the Honorable Lawrence J. O'Neill, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is August 19, 2013, before the Honorable Sheila K. Oberto. The requested new date is September 30, 2013, before the Honorable Lawrence J. O'Neill. It is further requested that the pending trial date, currently set for May 6, 2013, shall remain unchanged.**

At the last status conference this matter was set for trial but a further status conference was also scheduled as attempts to reach a negotiated settlement are ongoing. These attempts are continuing and parties request that the matter be set for a possible change of plea in the district court.

1   Time has already been excluded through trial. However, out of an abundance of caution, the parties
2   agree that the delay resulting from the continuance shall be excluded as necessary for effective defense
3   preparation and further plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this
4   reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the
5   public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 15, 2013      By */s/ David L. Gappa*
                              DAVID L GAPPA
                              Assistant United States Attorney
                              Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 15, 2013      By */s/ Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Aaron Lewis Gaudinier

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   August 15, 2013**          /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE