HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00057 LJO-SKO-1 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE WHILE LEAVING TRIAL DATE UNCHANGED, ORDER THEREON |
| AARON LEWIS GAUDINIER, | Date: January 13, 2014 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to January 13, 2014, or the soonest date thereafter that is convenient to the court. It is further requested that the motion filing schedule be amended, with motions due November 20, 2013, any response due December 27, 2013, and the hearing on the motions January 13, 2014. The date currently set for status conference is December 9, 2013. The requested new date is January 13, 2014. The May 6, 2014 trial date shall remain unchanged.

If it appears that an evidentiary will be necessary to resolve the motions the court will be notified in advanced to allow the hearing to be set at a time convenient to the court.

Time has already been excluded through the May 6, 2014 trial date.  However, out of an abundance of caution, the parties agree that any delay resulting from the continuance shall be excluded as necessary for ruling on the motions and effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 14, 2013    By:    /s/ *David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 14, 2013    By:    /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Aaron Lewis Gaudinier

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **November 15, 2013**         /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE